Roy COLEMAN, Petitioner,

v.

SEQUOYAH COUNTY ELECTION BOARD, Respondent,

and

Wade Stovall, Intervenor.

No. 71661.

Supreme Court of Oklahoma.

Sept. 15, 1988.

## ORDER

Original jurisdiction is assumed.

There are no common law pre-election remedies to challenge the qualifications of a candidate for public office. The Legislature has provided in 26 O.S.1981 § 5–118 the exclusive method for a candidate to contest the candidacy of any other candidate. *Murphy v. Darnell*, 268 P.2d 860 (Okl.1954). A petition pursuant to § 5–118 must be filed no later than 5:00 p.m. on the second day following the close of the filing period. 26 O.S.1981 § 5–119. A petition for irregularities pursuant to 26 O.S.1981 § 8–120 may not be used by the petitioner as an alternative remedy to 26 O.S.1981 § 5–118. The petitioner's petition filed three days after the primary election and contesting the candidacy of another candidate for the same office is untimely. 26 O.S.1981 § 5–119. The application for a writ of mandamus and/or prohibition is denied.

DOOLIN, C.J., HARGRAVE, V.C.J., and HODGES, LAVENDER, SIMMS, OPALA, ALMA WILSON and SUMMERS, JJ., concur.

KAUGER, J., disqualified.